```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED
```

JUN 14 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-202JCC |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING DETENTION FOURTH SUPERSEDING INDICTMENT |
| GUSTAVO GARCIA-VALENCIA, | |
| Defendant. | |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 14th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING DETENTION – 1
SUPERSEDING INDICTMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970