THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO GARCIA-VALENCIA,<br><br>Defendant. | CASE NO. CR15-0202-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Gustavo Garcia-Valencia's unopposed motion to seal his sentencing memorandum (Dkt. No. 301). Given the sensitive information contained in the filing, the Court finds good cause to seal. The motion to seal (Dkt. No. 301) is GRANTED. Docket Number 302 shall REMAIN sealed.

DATED this 13th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
