FILED

JUN 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 17-30052 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:15-cr-00202-JCC |
| v. | Western District of Washington, Seattle |
| GUSTAVO GARCIA-VALENCIA, | |
| Defendant-Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court is in receipt of appellant's pro se motion for voluntary dismissal of the appeal. Because appellant is represented by counsel, only counsel may submit filings, and this court therefore declines to entertain the submission (Docket Entry No. 8).

The Clerk shall serve a copy of appellant's motion on appointed counsel of record Terrence Kellogg, Esq., P.O. Box 70819, Seattle, Washington 98127, (206) 781-8181. Within 21 days after the date of this order, counsel Kellogg shall consult with appellant and shall file a response.

Briefing is stayed pending compliance with this order.

The Clerk shall serve this order on appellant individually at Reg. No. 44866-086, Federal Correctional Institution, P.O. Box 2038, Pecos, Texas 79772.

DV/AppComm Direct Criminal